1   McGREGOR W. SCOTT
    United States Attorney
2   KELLI L. TAYLOR
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California  95814
4   Telephone:  (916) 554-2741

5   Attorneys for Defendants

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN HUBBLE,                              No. 2:06-cv-01605-MCE-GGH

12              Plaintiff,

13        v.

14   UNITED STATES OF AMERICA, UNITED          **STIPULATION TO EXTEND**
     STATES AIR FORCE, MATHER AIR              **DATE TO FILE**
15   FORCE BASE, and MATHER AIR FORCE          **DISPOSITIONAL DOCUMENTS**
                                               **FROM JANUARY 4, 2008 UNTIL**
16   BASE HOSPITAL, DOES 1-50,                 **JANUARY 19, 2008**

17              Defendants

18

19        The parties, by and through their attorneys of record, hereby stipulate to a fifteen day

20   extension of time to file the final dispositional documents in this action from January 4, 2008

21   until January 19, 2008.

22        The parties participated in a VDRP conference on November 15, 2007 and informed the

23   court on November 16, 2007 that a conditional settlement had been reached.  On December 5,

24   2007 the Court issued an order requiring that dispositional documents be filed on or before

25   January 4, 2008.  An unexpected complication and delay has arisen with the finalization of the

26   dispositional documents, which is compounded because of people's unavailability during the

27   holidays.

28   ///

                                              1

1   The parties are optimistic that this issue will be resolved within the following two weeks and

2   thus agree to a brief fifteen day extension of time to finalize this agreement and file the

3   dispositional papers.  The parties appreciate the court's indulgence of this request.

4         IT IS SO STIPULATED.

5   DATED: January 3, 2008

6
                                        By:   /s/ Eric James Ratinoff
7                                              ERIC JAMES RATINOFF
                                               KERSHAW CUTTER RATINOFF & YORK
8                                              Attorneys for Plaintiff John Hubble

9
    DATED: January 3, 2008                 McGREGOR W. SCOTT
10                                          United States Attorney

11                                      By:     /s/ Kelli L. Taylor
                                               KELLI L. TAYLOR
12                                             Assistant United States Attorney
                                               Attorneys for Defendant United States
13

14                                      **ORDER**

15        The Court having reviewed the parties stipulation hereby finds that good cause exists an

16   that the date to file the dispositional documents in this action is extended from January 4, 2008

17   until January 19, 2008.

18         IT IS SO ORDERED.

19

20    Dated:  January 4, 2008

21   _____

22   MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

2